**Order entered October 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00573-CV

**ROBERT E. MARZETT, Appellant**

**V.**

**STEVE MCCRAW, JAMES SHOEMAKER, WARREN MIKE YARBOROUGH, GREG WILLIS, COLLIN COUNTY AND TERRY BOX, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-03962-2013**

## ORDER

On the Court's own motion, we **ORDER** the designation of the opinion in this case to be

changed from "MEMORANDUM OPINION" to "OPINION."

/s/      MOLLY FRANCIS
JUSTICE